# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

## 2022 CA 1042

### JUNE MEDICAL SERVICES, LLC D/B/A HOPE MEDICAL GROUP FOR WOMEN, KATHALEEN PITTMAN, AND MEDICAL STUDENTS FOR CHOICE, ON BEHALF OF ITSELF AND ITS MEMBERS

### VS.

### JEFF LANDRY, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF LOUISIANA, AND COURTNEY N. PHILLIPS, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE LOUISIANA DEPARTMENT OF HEALTH

### 19TH JUDICIAL DISTRICT COURT
### PARISH OF EAST BATON ROUGE NO. 720988

---

### ORDER

On August 16, 2023, this court issued a decision that, for the reasons stated therein, reversed and remanded this matter.

On August 16, 2023, the Appellants filed an Exception of No Right of Action. On August 18, 2023, the Appellants filed an Application for Rehearing as to the August 16, 2023 decision rendered in this matter.

In consideration of the above, it appears that the assertions made in the August 16, 2023 Exception of No Right of Action are more properly addressed at the trial court on remand as ordered by this court in its decision, and therefore, we do not address the merits of the Exception of No Right of Action. Accordingly, **IT IS HEREBY ORDERED** that the Exception of No Right of Action is **DISMISSED**. Furthermore, **IT IS HEREBY ORDERED** that the Application for Rehearing is **DENIED**.

**PMc**
**GH**
**HG**

Ordered this _19th_ day of September 2023.

DEPUTY CLERK OF COURT